FILED

JAN 16 2018 sxb

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

|  |  |  |
|---|---|---|
| Luxottica Group S.p.A. et al | ) ) ) | USDC Case Number: 17-cv-8189 |
| v. | ) ) ) |  |
| The Partnerships and Unincorporated Associations Identified on Schedule "A" | ) ) ) ) | Judge: Sara L. Ellis |

## Notice of Removal of Material
## from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the plaintiff.

Description: Civil Bond

I, _Theodore Lamb_, am authorized to remove the above described documents from the court.

Signature: /s/ Theodore Lamb

Firm: Greer, Buras, and Crain Ltd

By:
S. Bodnarchuk
 /s/ Deputy Clerk

Date: 1/16/2018

Rev. 09/23/2016



GBC.LAW

**CHICAGO OFFICE**
300 S. Wacker Drive
Suite 2500
Chicago, IL 60606
P: 312.360.0080
F: 312.360.9315

**SAN DIEGO OFFICE**
12636 High Bluff Drive
Suite 400
San Diego, CA 92130
P: 858.724.2145

Patrick G. Burns
Lawrence J. Crain
Steven P. Fallon
Paul G. Juettner
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
James K. Folker
B. Joe Kim
Laura R. Wanek
Christopher S. Hermanson
Patricia L. Prior *
E. Kate Berezutskaya, Ph.D
Greg P. Einhorn, Ph.D
Peter M. Klobuchar
Patrick J. Smith
Paul R. Kitch

Arik B. Ranson
Tanja Proehl, Ph.D. **
Mark B. Lee
Jessica L. Bloodgood
Mary F. Fetsco
Allyson M. Martin
RiKaleigh C. Johnson

Roger D. Greer (1941-2011)
Thomas Fitzsimons (1965-2013)

Of Counsel:
Thomas E. Hill
Nicole Chaudhari

Patent Agents:
Tanja C. Sienko, Ph.D.
Thomas J. Juettner

* Admitted in Ohio only
** Admitted in New York only

January 16, 2018

**VIA HAND DELIVERY**

Finance Department
U.S. District Court
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604

Re:   U.S. District Court Northern District of Illinois

Dear Sir or Ms.,

Please release bonds in the amount of $10,000 to the custody of Theodore Lamb for the case listed below.

| Case No. | Judge | Docket Entry No. |
|---|---|---|
| 17cv8189 | Ellis | 33 |

Very truly yours,

GREER, BURNS & CRAIN, LTD.

Justin R. Gaudio
Direct 312-987-2922 | jgaudio@gbclaw.net

JRG:tll